**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
RLY-TAB
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-

MDL No. 2570

_____

This Document Relates to the Following Cases:

Kelvin Young – 1:24-cv-00417
Christopher Voris – 1:24-cv-00194

_____

**ORDER ON THE COOK DEFENDANTS' MOTIONS FOR JUDGMENT
PURSUANT TO CMO-28**

This matter is before the court on the Cook Defendants' Motions for Judgment in

Plaintiff Kelvin Young's Case Pursuant to CMO-28, filed on September 4, 2025, and the

Cook Defendants' Motion for Judgment in Christopher Voris's Case Pursuant to CMO-

28, filed on September 15, 2025.  Plaintiffs' 15-day response deadlines have passed, and

more than 20 days have passed since the Cook Defendants filed their motion.

Accordingly, pursuant to Paragraph 7 of CMO-28, the Cook Defendants' Motions are

**GRANTED** (Filing Nos. 27132 (Kelvin Young), 27134 (Christopher Voris)) and

Plaintiffs' cases are **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 21st day of October 2025.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

Distributed Electronically to Registered Counsel of Record.

DMS_US.372893131.2